**TEXAS MEDICAL ASSOCIATION
INSURANCE TRUST, Plaintiff–
Appellant,**

**v.**

**UNITED STATES of America,
Defendant–Appellee.**

**No. 05–51619.**

United States Court of Appeals,
Fifth Circuit.

Sept. 13, 2006.

Cynthia E. Messersmith, U.S. Dept. of Justice, Tax Div., Dallas, TX, Michael L. Cook (argued), Gary Elliot Zausmer, Jenkens & Gilchrist, Austin, TX, for Plaintiff–Appellant.

Steven W. Parks (argued), Jonathan S. Cohen, U.S. Dept. of Justice, Tax Div. App. Section, Washington, DC, Louise P. Hytken, U.S. Dept. of Justice, Tax Div., Dallas, TX, for U.S.

Before JONES, Chief Judge, and REAVLEY and PRADO, Circuit Judges.

PER CURIAM:

Taxpayer Texas Medical Association Insurance Trust appeals the district court's summary judgment dismissal of its claim for refund based on the deductibility of premium expenses against proceeds from the sale of stock it received as the result of the demutualization of the Prudential insurance company, pursuant to 26 U.S.C. § 277(a). For the reasons stated in the district court's opinion, *Texas Med. Ass'n Ins. Trust v. United States,* 391 F.Supp.2d 529 (W.D.Tex.2005), the judgment is affirmed.

AFFIRMED.